# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOBBY EUGENE LUCKY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-15-1036-M |
| MICK CORNETT, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On September 25, 2015, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that plaintiff's Application to Proceed in District Court Without Repaying Fees and Costs [docket no. 2] be denied and that petitioner be ordered to prepay the full $400.00 filing fee for this action to proceed. Further, the Magistrate Judge recommended this action be dismissed without prejudice unless plaintiff pays the full $400 filing fee within twenty days of the date of the Report and Recommendation. Petitioner was advised of his right to object by October 15, 2015. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on September 25, 2015;

(2) DENIES plaintiff's Application to Proceed in District Court Without Repaying Fees and Costs [docket no. 2]; and

(3) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 30th day of October, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE